UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.<br>1100 13th Street, NW<br>Suit 800<br>Washington, DC 20005,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220,<br><br>      Defendant. | Case No. 1:21-cv-02797-DLF |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant U.S. Department of Treasury ("Treasury") moves under Fed. R. Civ. P. 56(a) for summary judgment in this action brought by plaintiff Project on Government Oversight, Inc. under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Treasury released to plaintiff the six pages it located in response to plaintiff's FOIA request with minimal redactions on portions exempt from disclosure under the FOIA. The parties previously agreed that the only issue here is whether Treasury conducted an adequate search for the records responsive to plaintiff's FOIA request. Because Treasury has complied with its obligations to search and release records under FOIA, and the issue of exemptions from disclosure is not before the Court, Treasury requests that the Court enter summary judgment in its favor and dismiss this suit with prejudice. If after considering Treasury's motion and evidence, plaintiff no longer challenges the adequacy of the search, then Treasury also requests the Court dismiss this suit as moot. Attached to this motion are a memorandum of law, statement of undisputed material facts, Declarations of Richard S. Dodson and Gokce T. Yurekli, and exhibits.

Dated: August 4, 2022                           DAVID A. HUBBERT
                                                         Deputy Assistant Attorney General

                                                         */s/ Gokce T. Yurekli*
                                                         GOKCE T. YUREKLI
                                                         Trial Attorney
                                                         U.S. Department of Justice
                                                         P.O. Box 227
                                                         Washington, D.C. 20044
                                                         Tel: (202) 598-0581
                                                         Fax: (202) 514-6866
                                                         Gokce.T.Yurekli@usdoj.gov
                                                         *Attorney for the U.S. Department of Treasury*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2022, I filed this Motion and all attachments with the Clerk of Court using the CM/ECF system, which will serve notice of this filing on all parties registered to receive such notice, including plaintiff's counsel.

                                                */s/ Gokce T. Yurekli*
                                                GOKCE T. YUREKLI
                                                Trial Attorney
                                                *Attorney for the U.S. Department of Treasury*