UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.<br>1100 13th Street, NW<br>Suit 800<br>Washington, DC 20005,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220,<br><br>   Defendant. | Case No. 1:21-cv-02797-DLF |

**CONSENT MOTION OF THE U.S. DEPARTMENT OF THE TREASURY
TO SUPPLEMENT ITS REPLY**

The U.S. Department of the Treasury ("Treasury") respectfully seeks leave to supplement its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply") (Doc. No. 14) with an additional declaration from Mr. Richard Dodson. This document is enclosed with this motion. The bases for the Treasury's motion are as follows:

1. During the week the Treasury's Reply was due, Mr. Dodson was unexpectedly on leave and could not complete the declaration.

2. The undersigned was preparing for trial until September 21, 2022 in Puerto Rico during Hurricane Fiona.

3. The enclosed declaration avers that the Treasury searched locations likely to contain responsive materials.

4. Counsel for Plaintiff consents to supplementing the Reply with this declaration provided they are afforded a Surreply.

For the foregoing reasons, the Treasury requests leave to supplement its Reply (Doc. No. 14) with the declaration enclosed with this motion.

Dated:  October 3, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the U.S. Department of Treasury*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2022, I filed this Motion and all attachments with the Clerk of Court using the CM/ECF system, which will serve notice of this filing on all parties registered to receive such notice, including plaintiff's counsel.

*/s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney
*Attorney for the U.S. Department of Treasury*
